UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**MICHAEL J. GREENE,**

      **Plaintiff,**

**v.**                                                      **Case No. 2:18-cv-00905**

**ABBIE HART, *et. al.*,**

      **Defendants.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to Honorable John T. Copenhaver, Jr., Senior United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On February 25, 2019, the undersigned granted leave to the plaintiff to proceed on a Second Amended Complaint filed in Case No. 2:17-cv-02897, which incorporates all of the allegations contained in the Complaint filed herein. Therefore, this civil action is duplicative of allegations that will be addressed in the earlier-filed civil action. Accordingly, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this civil action without prejudice and **DENY AS MOOT** his Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1) and his Motion to Amend Complaint (ECF No. 14).

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr.,

Senior United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on Judge Copenhaver.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff.

<u>April 3, 2019</u>

Dwane L. Tinsley
United States Magistrate Judge