```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**MICHAEL J. GREENE,**

        Plaintiff,

v.                                      Civil Action No. 2:18-cv-00905

**ABBIE HART, KRISTINA BUTLER,
ELIZABETH BAILES, AMANDA JONES,
KELLY FOSTER, ALLISON MILLER,
PAM GIVENS, and SARAH COOPER,**

        Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on April 3, 2019; and the magistrate judge having recommended that the court dismiss this civil action without prejudice and deny as moot plaintiff's application to proceed without prepayment of fees and costs and his motion to amend the complaint; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings and recommendation made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this civil action be, and it hereby is, dismissed without prejudice. It is further ORDERED that plaintiff's application to proceed without

prepayment of fees and costs and his motion to amend the complaint be, and they hereby are, denied as moot.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: May 10, 2019

John T. Copenhaver, Jr.
Senior United States District Judge